Russell Firebaugh, Trustee, Plaintiff, v. Arthur F. Johnson et al., Defendants.
Union Trust Bank, Appellant, v. William S. Newburger, Appellee.

Gen. No. 43,183.

opinion filed April 11, 1946; released for publication May 16, 1946. William H. Noble, for appellant; Gariepy & Gariepy, for appellee; Fred A. Gariepy and John Spalding, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.